**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**

In re:   FLOYD M. MARTIN, JR.                                    Case No. 14-74037-FJS

　　　　Debtor                                                           Chapter 7

**ORDER DENYING MOTION TO CONTINUE**
**ABANDONMENT PROCEEDINGS WITHOUT PREJUDICE**

THIS MATTER came before the Court in connection with the *Notice of Intention to Abandon Property of the Estate* (the "**Notice to Abandon**") [Docket Item No. 233] filed by Carolyn L. Camardo (the "**Trustee**"). On November 7, 2017, the Court convened a hearing on the abandonment of Estate's property (the "**Hearing**"), at which counsel to the Trustee made an oral motion to continue the abandonment proceedings to a later date (the "**Motion**"). Having conducted the Hearing and having considered the Motion and argument in support thereof, and for the reasons announced at the Hearing, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1. The Motion is DENIED without prejudice.

2. The Notice to Abandon is withdrawn.

3. The Trustee may resubmit the abandonment pleadings for Court's consideration at a later date.

4. Upon entry, the Clerk shall direct copies of this Order to:

Cullen D. Speckhart (VSB No. 79096)
Olga Antle (VSB No. 83153)
**WOLCOTT RIVERS GATES**
919 E. Main Street, Richmond, VA 23219
200 Bendix Road, Ste. 300 Virginia Beach, VA 23452
Telephone:    (757) 497-6633
Direct:           (757) 470-5566
Email:   cspeckhart@wolriv.com

*Counsel to Carolyn L. Camardo, Trustee*

        Carolyn L. Camardo, Trustee
        Harry Jernigan CPA Attorney, P.C.
        5101 Cleveland Street, Suite 200
        Virginia Beach, Virginia 23462

Date: Nov 22 2017          /s/ Frank J. Santoro
                                                 United States Bankruptcy Judge

                                                 Entered on Docket:11/28/17

/s/ *Cullen D. Speckhart*
Cullen D. Speckhart (VSB No. 79096)
Olga Antle (VSB No. 83153)
**WOLCOTT RIVERS GATES**
919 E. Main Street, Suite 1040
Richmond, VA 23219
200 Bendix Road, Suite 300
Virginia Beach, VA 23452
Telephone:    (757) 497-6633
Direct:        (757) 470-5566
Email: cspeckhart@wolriv.com

*Counsel to Carolyn L. Camardo*
*Chapter 7 Trustee*

### CERTIFICATE OF ENDORSEMENT

     I hereby certify that, in accordance with the Local Bankruptcy Rule 9022-1, the foregoing Order has been endorsed by all necessary parties.

                                        /s/ *Cullen D. Speckhart*
                                        Cullen D. Speckhart